<div style="text-align:center; color:red">**CLOSED**</div>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| FENCESCREEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> D.C. HUMPHRYS CO. and RONALD B. NISSENBAUM, an individual, <br><br> Defendant(s). | Case No.  8:21-cv-01406 SPG (DFMx) <br><br> **ORDER OF DISMISSAL PURSUANT TO STIPULATION** <br><br> Judge:    Hon. Sherilyn Peace Garnett <br><br> State Court Complaint Filed July 19, 2021 (removal matter) |

The Court, having reviewed the Agreement and Stipulation re Settlement and to Dismissal of Action Pursuant to Rule 41(a)(1)(A)(ii) filed on August 24, 2022 (ECF No. 54), hereby DISMISSES the above-noted matter in accordance with such Agreement and Stipulation, with prejudice.

IT IS SO ORDERED.

Dated:  September  1, 2022

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE